**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN RODGERS, an individual,**<br><br>     **Plaintiff,**<br><br>     **vs.**<br><br>**CLAIM JUMPER RESTAURANT, LLC,** *et al.***,**<br><br>     **Defendants.** | **Case No.:  13-CV-5496 YGR**<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

In light of the representations made by the parties concerning the status of this litigation and the parties' scheduled June 5, 2014 joint site inspection, the compliance hearing regarding the parties' compliance with General Order 56 scheduled for Friday, May 16, 2014 shall be continued to **Friday, June 20, 2014** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a statement attesting to their compliance with General Order 56 and the completion of the joint site inspection, or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 15, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**