**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN RODGERS, an individual,**<br><br>       Plaintiff,<br><br>       vs.<br><br>**CLAIM JUMPER RESTAURANT, LLC, *et al.*,**<br><br>       Defendants. | Case No.: 13-CV-5496 YGR<br><br>**ORDER VACATING COMPLIANCE HEARING; SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

In light of the representation made by the parties concerning the status of this litigation (Dkt. No. 27), the compliance hearing regarding the parties' compliance with General Order 56 scheduled for Friday, June 20 is hereby vacated.

Pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on **Monday, August 4, 2014, at 2:00 p.m.**, at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland in Courtroom 1.

The parties shall file a joint case management conference statement five business days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed.

R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b).  Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED**.

Dated: June 12, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**