UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN RODGERS**,

   Plaintiff,

  v.

**CLAIM JUMPER RESTAURANT, LLC, ET AL.**,

   Defendants.

Case No. 13-cv-05496-YGR

**ORDER SETTING COMPLIANCE HEARING**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that the above-captioned case has settled. Accordingly, all pending motion, case management and trial dates are **Vacated**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, January 24, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal or a Motion for Attorneys' Fees; or (b) a one-page **Joint Statement** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: December 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**