1 Jason G. Gong (SBN 181298)
  LAW OFFICE OF JASON G. GONG
2 *A Professional Corporation*
  2121 N. California Blvd., Suite 290
3 Walnut Creek, CA  94596
  Telephone:  (925) 735-3800
4 Facsimile: (925) 735-3801
  Email: jgong@gonglawfirm.com
5
  Attorney for Plaintiff JOHN RODGERS
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN RODGERS, an individual,    ) Case No. 4:13-cv-05496-YGR
                                   )
12           Plaintiff,             ) **NOTICE OF MOTION ON PLAINTIFF'S**
                                   ) **MOTION FOR ATTORNEY'S FEES,**
13     vs.                         ) **LITIGATION EXPENSES, AND COSTS**
                                   )
14 CLAIM JUMPER RESTAURANT, LLC,   )
   LANDRY'S, INC., EQUITY ONE, INC., ) Date:    February 24, 2015
15 and DOES 1 through 20, inclusive, ) Time:    2:00 p.m.
                                   ) Place:   Courtroom 1
16           Defendants.            ) Judge:   Hon. Yvonne Gonzalez Rogers
                                   )
17 _____ )

18      NOTICE IS HEREBY GIVEN to all parties and their attorneys of record that on

19 February 24, 2015 at 2:00 p.m., or on such date and time that may be set by the Court, at the

20 Federal Courthouse located at 1300 Clay Street, Oakland, California, 94612, plaintiff John

21 Rodgers will and hereby does move the Court for an award of reasonable attorneys' fees,

22 litigation expenses and costs in an amount to be determined by the Court.  This motion is based

23 on the Notice of Motion, the Memorandum of Points and Authorities in support of the Motion

24 for Attorney's Fees, Litigation Expenses, and Costs, the declarations and evidence filed herewith,

25 the papers on file herein, and upon such other matters as may be presented to the Court prior to

26 ///

27 ///

28 ///

_____
*Rodgers v. Claim Jumper Restaurant, LLC, et al.,* Case No. 4:13-cv-05496-YGR
Notice of Motion on Plaintiff's Motion for Award of Attorney's Fees, Litigation Expenses, and Costs
1

1 | or at the time of submission, including argument that may be presented at the hearing.

Respectfully submitted,

Dated:  January 16, 2015

LAW OFFICE OF JASON G. GONG
*A Professional Corporation*

/s/ Jason G. Gong
By: _____
Jason G. Gong
Attorney for Plaintiff
JOHN RODGERS