UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN RODGERS**,

    Plaintiff,

  v.

**CLAIM JUMPER RESTAURANT, LLC, ET AL.**,

    Defendants.

Case No. 13-cv-05496-YGR

**ORDER SETTING COMPLIANCE HEARING**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A compliance hearing regarding plaintiff's proposed form of judgment shall be held on Friday, May 8, 2015, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, plaintiff shall file either: (a) a proposed form of judgment in this case; or (b) a one-page statement setting forth an explanation for his failure to comply. If compliance is complete, the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if plaintiff has submitted a statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: April 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**