Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorney for Plaintiff JOHN RODGERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLAIM JUMPER RESTAURANT, LLC, LANDRY'S, INC., EQUITY ONE, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:13-cv-05496-YGR<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ACTION**<br><br>**[Fed. R. Civ. P. 41(a)(2)]** |

On May 5, 2015, the Court entered Judgment on its April 24, 2015 Order Granting in part, Plaintiff's Motion for Attorney's Fees, Litigation Expenses, and Costs. *See* Document 71. The Court ordered Defendants Claim Jumper Restaurant, LLC and Landry's, Inc. ("Restaurant Defendants") to pay plaintiff's counsel on or before May 25, 2015, the sum of $83,346.00. This amount represented the Court's total award of attorney's fees, litigation expenses, and costs awarded to plaintiff in this matter. *See id.*

Restaurant Defendants have satisfied this Court's Judgment by delivering payment in the amount of $83,346.00 to Plaintiff's counsel. Accordingly, Plaintiff hereby requests that the Court enter an order dismissing this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Plaintiff also requests that the Court retain jurisdiction over this matter for purposes of enforcing the terms of the separate settlement agreements for injunctive relief that Plaintiff

1  reached with Restaurant Defendants and with Defendant Equity One, Inc.  *See Kokkonen v.*
2  *Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994) (empowering district
3  courts to retain jurisdiction over enforcement of settlement agreements); *see also* General Order
4  No. 56 at ¶ 7 (N.D. Cal.) (July 17, 2003) ("Should any settlement be conditioned upon future
5  conduct such as remediation, the assigned judge will retain jurisdiction to enforce that
6  component of the settlement.").

                                            Respectfully submitted,

Dated:  May 26, 2015                        LAW OFFICE OF JASON G. GONG
                                            *A Professional Corporation*


                                            By:   */s/ Jason G. Gong*
                                                  JASON G. GONG
                                                  Attorney for Plaintiff JOHN RODGERS


### [~~PROPOSED~~] ORDER

Plaintiff's request for dismissal of the above-referenced action is hereby GRANTED. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court dismisses the above-referenced action with prejudice and retains jurisdiction to enforce the terms of Plaintiff's settlement agreements for injunctive relief with Restaurant Defendants and with Defendant Equity One, Inc.

**IT IS SO ORDERED**.

Dated:  May 28, 2015                        _____
                                            YVONNE GONZALEZ ROGERS
                                            UNITED STATES DISTRICT COURT JUDGE

---

*Rodgers v. Claim Jumper Restaurant, LLC, et al.,* Case No. 4:13-cv-05496-YGR
Plaintiff's Request for Dismissal of Action [Fed. R. Civ. P. 41(a)(2)]
2